

# United States District Court
# Eastern District of California

| | |
|---|---|
| Paulo Andres Florez Carvajal | Case Number: 1:26-cv-03075-TLN-JDP |
| **Plaintiff(s)** | |
| V. | APPLICATION FOR PRO HAC VICE |
| Christopher Chestnut, et al. | AND ORDER |
| **Defendant(s)** | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patricia Castillo Flanagan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Paulo Andres Florez Carvajal

On ____09/22/2009____ (date), I was admitted to practice and presently in good standing in the ____Florida Supreme Court____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____04/20/2026____

Signature of Applicant: /s/ Patricia Castillo Flanagan

**Pro Hac Vice Attorney**

Applicant's Name: Patricia Castillo Flanagan

Law Firm Name: Work Visa Lawyers, P.A.

Address: 261 N University Dr

Suite 500

City: Plantation    State: FL    Zip: 33324

Phone Number w/Area Code: (754) 888-0116

City and State of Residence: Plantation, Florida

Primary E-mail Address: patricia@workvisalawyers.com

Secondary E-mail Address: administrator@workvisalawyers.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group

Address: 2451 Crystal Dr,

Ste 600

City: Arlington    State: VA    Zip: 22202-4823

Phone Number w/Area Code: (202) 948-7948    Bar # 343072

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2026

_____
JUDGE, U.S. DISTRICT COURT